UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| UNITED STATES OF AMERICA *et. al*, *ex rel.* KREGG EVERETT, <br><br>  Plaintiffs, <br><br> v. <br><br> GENPATH DIAGNOSTICS, BIO-REFERENCE LABORATORIES, INC., and CYTOMETRY SPECIALISTS, INC., <br><br> Defendants. | 10 Civ. 4212 (GBD) <br><br> [~~PROPOSED~~] UNSEALING ORDER |

WHEREAS, on or about May 25, 2010, relator Kregg Everett ("Relator") filed a Complaint (the "Relator Complaint") under seal pursuant to the *qui tam* provisions of the federal False Claims Act, 31 U.S.C. § 3729 *et seq.* against defendants Bio-Reference Laboratories, Inc., its subsidiary Genpath Diagnostics, and Cytometry Specialists, Inc. ("CSI") in the United States District Court for the Southern District of New York;

WHEREAS, on or about September 8, 2020, the United States filed a Notice of Partial Intervention in this action (the "Notice of Intervention"),

WHEREAS, on or about September 8, 2020, the United States filed a Complaint-in-Intervention (the "Government Complaint") in this action against the Defendant;

WHEREAS, on or about September 8, 2020, the United States, Defendant, and Relator entered into a Stipulation and Order of Settlement and Dismissal (the "Settlement"); and

WHEREAS, on or about September 8, 2020, the United States and Relator entered into a Stipulation and Order of Settlement and Release (the "Relator's Stipulation");

IT IS HEREBY ORDERED, that:

1. As of the date of this Order, the seal shall be lifted in this matter as to any filing occurring on or after that date, including this Order, the Notice of Partial Intervention, the Government Complaint, the Settlement, and the Relator's Stipulation.

2. All documents filed with the Court in this matter prior to the date of this Order shall remain under seal, except for the Relator Complaint, which shall be unsealed.

Dated:  New York, New York
        September ___, 2020

SO ORDERED:

SEP 1 4 2020

*George B. Daniels*

HONORABLE GEORGE B. DANIELS
UNITED STATES DISTRICT JDUGE